UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE BONILLA,<br>Plaintiff,<br>v.<br>M. TOSCANO,<br>Defendant. | No. 1:25-cv-01075-JLT-BAM (PC)<br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On August 12, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **August 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge